■ UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant, v DOUGLAS H. ROBERTSON et al., Doing Business as ROB-LUN LUMBER & BUILDERS SUPPLY et al., Respondents. (Appeal No. 2.)—Judgment unanimously affirmed. Same memorandum as in *United States Fid. & Guar. Co. v Copfer* (63 AD2d 847). (Appeal from judgment of Erie Supreme Court—declaratory judgment.) Present—Moule, J. P., Cardamone, Simons, Hancock, Jr., and Denman, JJ.